UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHRONDREY ARRINGTON,

    Plaintiff,                                          Case No. 22-cv-12766
                                                                               Hon. Matthew F. Leitman

v.

MAZEN, *et al*.,

    Defendants.

_____/

**JUDGMENT**

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                               KINIKIA ESSIX
                                                                CLERK OF COURT

                                       By:    s/Holly A. Ryan
                                                           Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 15, 2022
Detroit, Michigan

1